# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CASE NO. C14-1488 MJP |
| Plaintiff, | ORDER ON MOTION FOR RECONSIDERATION |
| v. | |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

The Court has received and reviewed Defendant's Motion for Reconsideration and Suggestion of Mootness (Dkt. No. 189). In consideration thereof, the Court hereby calls for a response from Plaintiff; the response shall be no longer than 10 pages in length in the standard format, and must be filed no later than **February 28, 2020.**

The clerk is ordered to provide copies of this order to all counsel.

ORDER ON MOTION FOR RECONSIDERATION - 1

Dated February 18, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge