**THE HONORABLE MARSHA J. PECHMAN**

ROBERTA L. STEELE, REGIONAL ATTORNEY
Equal Employment Opportunity Commission
San Francisco District Office
450 Golden Gate Avenue, POB 36025
San Francisco, CA 94102

John F. Stanley, Supervisory Trial Attorney
Damien Lee, Senior Trial Attorney
Teri Healy, Senior Trial Attorney
Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA 98104
Tel: (206) 220-6915
Facsimile: (206) 220-6911
damien.lee@eeoc.gov

Attorneys for Plaintiff EEOC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY<br><br>Defendant, | **NO. 14-CV-1488-MJP**<br><br>**ORDER ON JOINT MOTION TO EXTEND DEADLINES FOR EEOC'S RESPONSE TO BNSF'S MOTION FOR RECONSIDERATION AND SUGGESTION OF MOOTNESS AND POST-REMAND DISCOVERY**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**February 19, 2020** |

Before the Court is the parties Joint Motion to Extend the Deadlines for EEOC's Response to BNSF's Motion for Reconsideration and Suggestion of Mootness and Post-Remand Discovery.

ORDER RE JOINT MOTION TO EXTEND THE DEADLINES
FOR EEOC'S RESPONSE TO BNSF'S MOTION FOR
RECONSIDERATION AND POST-REMAND DISCOVERY -
Page 1 of 2

The Court, having considered the motion, finds that it is well-taken and should be GRANTED. It is therefore, ORDERED that the Joint Motion to Extend the Deadlines for EEOC's Response to BNSF's Motion for Reconsideration and Suggestion of Mootness and Post-Remand Discovery be GRANTED:

1. The EEOC will file its response to BNSF's Motion for Reconsideration and Suggestion of Mootness (Dkt. No. 189) no later than March 6, 2020; and
2. The deadline for post-remand discovery is now March 23, 2020.

DATED this __19th__ day of February, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented by:

*s/ Damien A. Lee*
DAMIEN A. LEE
Senior Trial Attorney
Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA 98104