**THE HONORABLE MARSHA J. PECHMAN**

ROBERTA L. STEELE, REGIONAL ATTORNEY
Equal Employment Opportunity Commission
San Francisco District Office
450 Golden Gate Avenue, POB 36025
San Francisco, CA  94102

John F. Stanley, Supervisory Trial Attorney
Damien Lee, Senior Trial Attorney
Teri Healy, Senior Trial Attorney
Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA  98104
Tel: (206) 220-6915
Facsimile:  (206) 220-6911
damien.lee@eeoc.gov

Attorneys for Plaintiff EEOC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY<br><br>Defendant, | **NO. 14-CV-1488-MJP**<br><br>**ORDER ON STIPULATED MOTION TO EXTEND THE  DEADLINES FOR POST-REMAND DISCOVERY AND FILING RE INJUNCTIVE RELIEF**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**April 9, 2020** |

Before the Court is the parties Stipulated Motion to Extend the Deadlines for Post-Remand Discovery and Filing re Injunctive Relief.  The Court, having considered the stipulated motion, finds that it is well-taken and should be GRANTED.  It is therefore, ORDERED:

1. The deadline for post-remand discovery is now June 22, 2020; and

2. The deadline for each party to file proposed findings and conclusions of law is now July 19, 2020.

DATED this __17th_____ day of April, 2020.

_____
Marsha J. Pechman
United States Senior District Judge

Presented by:

*s/ Damien A. Lee*
DAMIEN A. LEE
Senior Trial Attorney
Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA  98104

ORDER RE STIPULATED MOTION TO EXTEND THE
DEADLINES FOR POST-REMAND DISCOVERY AND FILING
RE INJUNCTIVE RELIEF - Page 2 of 2